IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **DARRIN HOUSTON,** § | |
| § | |
| Petitioner, § | |
| v. § | Civil Action No. **3:19-CV-901-L-BH** |
| § | |
| **DIRECTOR, TDCJ-CID,** § | |
| § | |
| Respondent. § | |

# ORDER

On January 7, 2022, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 21) was entered, recommending that the court dismiss this habeas action as moot in light of Petitioner's death as evidenced by the Custodial Death Report submitted by Respondent. As correctly noted by the magistrate judge, a habeas petitioner's "death moots his federal habeas corpus claim," and warrants dismissal of a habeas action on this ground. *Soffar v. Davis*, 653 F. App'x 813, 814 (5th Cir. 2016). Accordingly, having considered the habeas petition, the file, record in this case, the Report, and Respondent's evidence of Petitioner's death, the court determines that the findings and conclusions of the magistrate judge are correct; **accepts** them as those of the court; and **dismisses** this action as **moot**.

**It is so ordered** this 28th day of January, 2022.

Sam A. Lindsay
United States District Judge

Order – Solo Page